**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

VICTOR ARIZA,

        Plaintiff,

v.                                                                            Case No.: 6:23-cv-1856-WWB-DCI

SIMPLE SPECIALTIES, LLC,

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on Defendant's Answer to Complaint and Motion to Dismiss (Doc. 9), which is signed by Defendant's registered agent. Defendant's registered agent does not, however, appear to be a licensed attorney and a business organization cannot proceed *pro se* and must be represented by counsel. *See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985); M.D. Fla. R. 2.02(b)(2) ("A party, other than a natural person, can appear through the lawyer only."). Therefore, it is **ORDERED** that Defendant's Answer to Complaint and Motion to Dismiss (Doc. 9) is **STRICKEN**.

**DONE AND ORDERED** in Orlando, Florida on October 25, 2023.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party